UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Philip Davies, | Case No. 18cv2440 (PJS/SER) |
| Petitioner, | |
| v. | **ORDER** |
| Jefferson Beauregard Sessions III, Kirsejen Nielson, Thomas Homan, Peter Berg, and Joel Brott, | |
| Respondents. | |

Philip Davies, Alien No. A 075-072-966, *Pro Se*; and
Ana H. Voss, United States Attorney's Office, Minneapolis MN (for Respondents).

The above-captioned case came before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that:

1. Davies' Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), be **DENIED AS MOOT**; and

2. This action be **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 3/25, 2019         *s/Patrick J. Schiltz*
                         PATRICK J. SCHILTZ
                         United States District Judge